Appeals for the Seventh Circuit denied. *Mr. Harry W. Standidge* for petitioner. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry, Mr. James H. Wilkerson* and *Mr. Edwin H. Cassels* for respondent.

---

No. 710. PITTSBURGH COAL COMPANY OF ILLINOIS *v.* GREAT LAKES TOWING COMPANY. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harrison Musgrave* and *Mr. William S. Oppenheim* for petitioner. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry, Mr. James H. Wilkerson* and *Mr. Edwin H. Cassels* for respondent.

---

No. 726. NORTHWESTERN ELECTRIC EQUIPMENT COMPANY *v.* BENJAMIN ELECTRIC MANUFACTURING COMPANY. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick W. Winter* for petitioner. *Mr. W. Clyde Jones* for respondent.

---

No. 713. BRENNAN CONSTRUCTION COMPANY *v.* JOHN L. NEWBOLD. November 18, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George E. Sullivan* and *Mr. John J. Hamilton* for petitioner. No appearance for respondent.

---

No. 720. THOMAS J. MOONEY *v.* PEOPLE OF THE STATE OF CALIFORNIA. November 18, 1918. Petition for a writ